# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY CARDONA,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>                Respondent. | Case No. CV 11-0592-CJC (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

     **IT IS HEREBY ORDERED** that Judgment be entered dismissing this action without prejudice to Petitioner filing a new petition after he has exhausted state remedies as to all claims raised therein.

DATED: February 24, 2011

                                                                        CORMAC J. CARNEY
                                                            UNITED STATES DISTRICT JUDGE