JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY CARDONA,<br><br>                Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>                Respondent. | Case No. CV 11-0592-CJC (JEM)<br><br>**JUDGMENT** |

     In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 24, 2011

                                                      CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE